UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARI CONCEPTS, LLC, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-04176 |
| EF GLOBAL CORPORATION, *et al.*, | § § § § | |
| Defendants. | | |

# **FINAL JUDGMENT**

As all Parties have consented to a money judgment from all Defendants, jointly and severally in favor of Dari Concepts, LLC for $5,831,482.61, plus post-judgment interest, but all parties bearing their own costs, the Court enters this final judgment (Dkt. No. 16).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT** Dari Concepts LLC does have and recover against all Defendants, EF Global Corporation, EFG Tietek LLC, Tietek Global LLC, TTG Real Estate, LLC, TTG Operating, LLC And LT Resources, Inc. a money judgment in the amount of $5,831,482.61, for all of which let execution issue. Post-judgment interest will accrue at the Federal Judgment Rate of 4.88%.

Angela Kilic-Cave takes nothing.

This is a final judgment.

SIGNED on July 26, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge