IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARI CONCEPTS, LLC and<br>ANGELA KILIC-CAVE<br>　　Plaintiffs,<br><br>vs.<br><br>EF GLOBAL CORPORATION, EFG<br>TIETEK LLC, TIETEK GLOBAL<br>LLC, TTG REAL ESTATE, LLC, TTG<br>OPERATING, LLC, and LT<br>RESOURCES, INC.<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:23-cv-04176 |

## DEFENDANTS' RESPONSE TO MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

Defendants EF Global Corporation, EFG TieTek LLC, TieTek Global LLC, TTG Real Estate, LLC, TTG Operating, LLC, and LT Resources, Inc. (collectively, "TieTek") file this response in opposition to Plaintiffs Motion to Compel Discovery and for Sanctions and, in support thereof, respectfully states as follows:

**DEFENDANTS ARE UNDERTAKING EFFORTS TO COMPLY WITH DISCOVERY REQUESTS.**

1. TieTek, through its controlling shareholder Elroy Fimrite ("Fimrite") has pursued a business solution for the underlying business which in turn would allow Defendants to pay Plaintiffs. Fimrite has traveled extensively to seek joint venture partners around the world and is close to agreements with partners in the Middle East and India, where rail is prominent and expanding. Seeking a payment resolution has taken Fimrite's energies and efforts away temporarily from responding to Plaintiffs' discovery requests. Additionally, the building in Arizona where TieTek conducts administrative business was foreclosed upon, resulting in TieTek needing to immediately move. The server for TieTek now resides in Fimrite's garage. This has considerably

slowed Defendants' ability to respond to Plaintiffs with responsive documents, most of which are in electronic form.

2. Through the office of the Niehaus & Associates, Defendants reached out to Plaintiffs on November 5, 2024, to set up a data room or drop box so to allow Mr. Fimrite to directly upload responsive documents to the Plaintiffs. Additionally, Mr. Fimrite has agreed to sit for a deposition when deemed appropriate by Plaintiffs, likely after Plaintiffs have had an opportunity to review the responsive documents.

3. TieTek seeks to mitigate any inconvenience to Plaintiffs in seeking post judgement discovery. Defendants' efforts have been to pay the Plaintiffs through a business solution. As a result, there has been a delay in providing a response, which response shall be accelerated due to the form of response being electronic.

4. TieTek and Fimrite seek the understanding of the Court to forego any sanctions unless TieTek incurs further delays, or Fimrite does not make himself available for deposition. Fimrite will continue to seek a monetary resolution of this matter in addition to responding to discovery.

Respectfully Submitted,

**ANDREWS MYERS, P.C.**

By: /s/ T. Josh Judd
T. Josh Judd
Texas State Bar No. 24036866
Federal Bar No. 33672
1885 Saint James Place, 15th Floor
Houston, Texas 77056
713-850-4200 – Telephone
713-850-4211 – Facsimile
**LOCAL COUNSEL FOR DEFENDANTS[1]**

Charle D. Niehaus
Ohio State Bar No. 0037383
Niehaus & Associates, Ltd.
2927 North McCord Road, Suite 300
Toledo, Ohio 43615
*Pro Hac Vice Pending*
**ATTORNEY FOR DEFENDANTS**

---

[1] The undersigned has agreed to continue to serve as local counsel for the Defendants pending admission of Mr. Niehaus pro hac vice, which is pending at Dkt. 11.

# CERTIFICATE OF SERVICE

      I hereby certify that on November 6, 2024, a true and correct copy of the foregoing was served via the Court's ECF notification system to all parties requesting notice, including, but not limited to, the parties listed below at the email addresses listed.

Hugh Massey Ray, III
hugh.ray@pillsburylaw.com
bankruptcee@yahoo.com
docket@pillsburylaw.com
nancy.jones@pillsburylaw.com

Reed Charles Trechter
reed.trechter@pillsburylaw.com

William Edward McMichael
william.mcmichael@pillsburylaw.com
kim.glaize@pillsburylaw.com

Charles D. Niehaus
Niehaus & Associates, Ltd.
2927 North McCord Road, Suite 300
Toledo, Ohio 43615
niehaus@nkh.law

                                          */s/ T. Josh Judd*
                                          T. JOSH JUDD