United States District Court
Southern District of Texas
**ENTERED**
February 04, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DARI CONCEPTS, LLC, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-04176 |
| | § | |
| EF GLOBAL CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS**

On this day, the Court considered the plaintiffs' Motion to Compel Discovery and for Sanctions (Dkt. No. 19). Having reviewed the motion, the response and reply (if any), the authorities cited therein, and the arguments of counsel, the Court finds that the motion should be GRANTED.

It is, therefore, ORDERED, that defendants must respond to Dari's interrogatories and produce all documents responsive to Dari's requests for production within five (5) days of the date of this Order. The Court also finds that defendants have waived their right to assert discovery objections, and that their discovery responses must be fulsome and complete.

It is also, ORDERED, that the defendants must show cause within five (5) days of the date of this Order why the Court should not award sanctions given their failure to respond to Dari's discovery requests. Should the defendants fail to show good cause for such failure, the Court will order the defendants to pay reasonable attorneys' fees and costs incurred by Dari for preparing its motion in an amount to be determined at a later date.

It is further, ORDERED, that Douglas Fimrite shall appear at the Bob Casey Federal Courthouse in Houston, Texas on or before February 13, 2025 for a deposition regarding the defendants' responses to discovery.

It is so ORDERED.

SIGNED on February 4, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge